UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

OCT 15 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbi

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 12–0198 (ESH) |
| | ) |
| DAVID KOSTURKO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

In a hearing before Magistrate Judge Facciola on September 26, 2012, defendant Kosturko entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 10, 2012